# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.                                       NO. 4:13CR00154-001 SWW

DONNA BECKMAN                                                                           DEFENDANT

### ORDER

Pending before the Court is defendant's pro se motion to terminate probation previously imposed in the Eastern District of Missouri with supervision transferred to the Eastern District of Arkansas on May 23, 2013.  The government opposes the early termination of probation due to the underlying crime, defendant's failure to submit restitution payments in August and October 2012 and the substantial balance of restitution remaining at this time.  The memorandum prepared by the probation officer states that based on the criteria used by the U. S. Probation Office to assess individuals requesting early termination, the defendant is not eligible at this time due to moderate severity violations resulting from recurring noncompliance with respect to court ordered restitution. The Court has considered the defendant's motion and the government's response and finds that defendant's motion for early termination should be denied.

IT IS THEREFORE ORDERED that defendant's motion to terminate probation [doc #3] be, and it is hereby, ***DENIED***.

Dated this 17th day of June 2013.

/s/Susan Webber Wright
United States District Judge